958 A.2d 1045

In re The SUBSTITUTE NOMINATION CERTIFICATE
OF Bob BARR as the Libertarian Candidate for
President the United States.

Appeal of Objection of Victor P. Stabile.

Supreme Court of Pennsylvania.

Oct. 17, 2008.

**ORDER**

PER CURIAM.

AND NOW, this 17th day of October, 2008, the Order of the Commonwealth Court is **AFFIRMED.**